
AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pregerson, Harry | United States Court of Appeals for Ninth Circuit | 05/18/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Court Judge | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 <br> to <br> 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 21800 Oxnard Street <br> Suite 1140 <br> Woodland Hills, Ca 91367 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Marine Corps Reserve Officers Association |
| 2. Member | Advisory Board, Childhelp USA |
| 3. Member | Advisory Board of Directors, Metropolitan Division, The Salvation Army |
| 4. Member | Board of Trustees, Devil Pups, Inc |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Pregerson, Harry**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | State of California Judge's Retirement System | $17,387.00 |
| 2. 2010 | GGWH LLC - Nonemployee Compensation | $18,000.00 |
| 3. 2010 | Raymeond James & Assoc - IRA | $1,074.00 |
| 4. 2010 | Peter E Haas Public Services Award | $20,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Los Angeles Community College District - Salary |
| 2. 2010 | Raymond James & Assoc - IRA |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 05/18/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 05/18/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Lot 59, Oxnard Shoes, CA (1964) | | None | O | W | | | | | |
| 2. Lot 60, Oxnard Shoes, CA (1964) | | None | O | W | | | | | |
| 3. Part of Lot▨ Woodland Hills, CA (1963) | | None | O | W | | | | | |
| 4. Part of Lot▨ Woodland Hills, CA (1979) | | None | N | W | | | | | |
| 5. Part of Lot▨ Woodland Hills, CA (1984) | | None | N | W | | | | | |
| 6. Limited Partnership Interest in Penn Cal Investors, Cal LTD | G | Rent | O | U | | | | | |
| 7. CGM403(B) Custodian UIPL LA Community College | | | | | | | | | |
| 8. - CG Capital Markets Money Market Fund | A | Dividend | J | T | | | | | |
| 9. - CG Capital Markets Core Fixed Income Fund | A | Dividend | K | T | | | | | |
| 10. - CG Capital Markets Lg Capital Value Investments | C | Dividend | L | T | Buy (add'l) | 06/04/10 | J | | |
| 11. | | | | | Sold (part) | 07/23/10 | K | B | |
| 12. - CG Capital Markets Sm Capital Value Investments | A | Dividend | J | T | Sold (part) | 06/04/10 | J | B | |
| 13. | | | | | Sold (part) | 07/23/10 | J | A | |
| 14. - CG Capital Markets Emerging Markets Investments | B | Dividend | L | T | Buy (add'l) | 06/04/10 | J | | |
| 15. | | | | | Sold (part) | 07/23/10 | J | A | |
| 16. - CG Capital Markets International Fixed Income Investments | A | Dividend | J | T | | | | | |
| 17. - CG Capital Markets International Equity Investments | B | Dividend | K | T | Buy (add'l) | 06/04/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 05/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sold (part) | 07/23/10 | J | A | |
| 19. - CG Capital Markets Lg Cap Growth Investment | A | Dividend | M | T | Buy (add'l) | 06/04/10 | J | | |
| 20. | | | | | Buy (add'l) | 07/23/10 | K | | |
| 21. - CG Capital Markets Sm Capital Growth Investments | A | Dividend | J | T | Buy (add'l) | 07/23/10 | J | | |
| 22. | | | | | Sold (part) | 06/04/10 | J | C | |
| 23. - Western Asset Money Mkt Cl A | A | Distribution | N | T | Open | 06/30/10 | N | | |
| 24. Chase | A | Interest | M | T | | | | | |
| 25. Wachovia Bank CD | A | Interest | | | Closed | 06/30/10 | L | | |
| 26. Wachovia Bank | A | Interest | | | Closed | 06/30/10 | M | | |
| 27. MorganStanley Smith Barney | | | | | | | | | |
| 28. - CG Capital Markets International Equity Investments | B | Dividend | M | T | Buy (add'l) | 06/04/10 | J | | |
| 29. | | | | | Sold (part) | 07/23/10 | J | A | |
| 30. - CG Capital Markets Lg Cap Growth Investment | A | Dividend | L | T | Buy (add'l) | 06/04/10 | J | | |
| 31. | | | | | Buy (add'l) | 07/23/10 | K | | |
| 32. - Citibank NA BDP | | | | | Closed | 06/30/10 | J | | |
| 33. - Citicorp Trust Bank | A | Interest | K | T | | | | | |
| 34. - Citibank NA South Dakota BDP | A | Interest | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pregerson, Harry | 05/18/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - CG Capital Markets - Money Market | A | Interest | J | T | | | | | |
| 36. - CG Capital Markets Core Fixed Income Fund | B | Dividend | K | T | | | | | |
| 37. - CG Capital Markets Lg Capital Value Investments | C | Dividend | L | T | Buy (add'l) | 06/04/10 | J | | |
| 38. | | | | | Sold (part) | 07/23/10 | K | B | |
| 39. - CG Capital Markets Sm Capital Value Investments | A | Dividend | J | T | Sold (part) | 06/04/10 | J | B | |
| 40. | | | | | Sold (part) | 07/23/10 | J | A | |
| 41. - CG Capital Markets Emerging Markets Investments | B | Dividend | L | T | Buy (add'l) | 06/04/10 | J | | |
| 42. | | | | | Sold (part) | 07/23/10 | J | A | |
| 43. - CG Capital Markets International Fixed Income Investments | A | Dividend | J | T | | | | | |
| 44. - CG Capital Markets Sm Capital Growth Investments | A | Dividend | K | T | Buy (add'l) | 07/23/10 | J | | |
| 45. | | | | | Sold (part) | 06/04/10 | J | B | |
| 46. - Bank of China - NY DTD 03/31/10, 0.6% | A | Interest | M | T | Buy | 03/23/10 | M | | |
| 47. - American Express Centurion Bk DTD 03/31/10, 0.9% | B | Interest | M | T | Buy | 03/23/10 | M | | |
| 48. - Ally Bank - UT DTD 03/31/10, 1.3% | B | Interest | M | T | Buy | 03/23/10 | M | | |
| 49. Northern Trust | | | | | | | | | |
| 50. - MFO American Centy CA Tax-Free Bd Fd Inv | D | Dividend | N | T | | | | | |
| 51. - MFB NTHN CA Mun Money Mkt | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 05/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Raymond James | | | | | | | | | |
| 53. - US Treasury Bills 08/15/23 | | | | | Sold (part) | 10/19/10 | K | D | |
| 54. | | | | | Sold | 10/20/10 | K | C | |
| 55. - US Treasury Bills 08/15/21 | | | | | Sold (part) | 10/19/10 | K | D | |
| 56. | | | | | Sold | 10/20/10 | J | B | |
| 57. - US Treasury Bills 08/15/20 | | | | | Sold | 10/19/10 | K | C | |
| 58. - US Treasury Bills 08/15/22 | | | | | Sold (part) | 10/20/10 | K | C | |
| 59. | | | | | Sold | 10/20/10 | J | B | |
| 60. - US Treasury Bills 08/15/24 | | | | | Sold | 10/19/10 | K | C | |
| 61. - US Treasury Bills 08/15/26 | | | | | Sold | 10/19/10 | K | B | |
| 62. - JP Morgan Chase CO Notes | A | Interest | K | T | | | | | |
| 63. - Raymond James Money Market | A | Interest | | | Closed | 06/30/10 | J | | |
| 64. - Schlumberger LTD Stock | | | | | Sold | 11/30/10 | K | D | |
| 65. - Microsoft Coporation Stock | A | Dividend | K | T | Buy (add'l) | 11/30/10 | K | | |
| 66. - Nuveen Preferred & Conv Income Fund 2 | A | Interest | | | Sold | 11/16/10 | K | A | |
| 67. - Cascade Bank | A | Interest | | | Closed | 06/17/10 | L | | |
| 68. - Compass Bank | | | | | Closed | 06/10/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 05/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - FHLM 2.5% Due 10/15/22 | B | Interest | K | T | Buy | 10/25/10 | L | | |
| 70. - American Express MM | A | Interest | N | T | Open | 06/30/10 | N | | |
| 71. Raymond James IRA #1: Microsoft Corporation Stock | A | Dividend | J | T | Distributed (part) | 06/30/10 | J | | |
| 72. Raymond James IRA #2: Community Bank & Trust CD | A | Interest | J | T | Distributed (part) | 06/30/10 | J | | |
| 73. Harry Pregerson 1996 Irrevocable Trust | | | | | | | | | |
| 74. - USBank Bank | A | Interest | J | T | | | | | |
| 75. - Janus Fund | A | Dividend | J | T | | | | | |
| 76. Ing Direct | | | | | | | | | |
| 77. - Orange Savings | B | Interest | M | T | | | | | |
| 78. - Orange CD | A | Interest | | | Closed | 06/30/10 | K | | |
| 79. - Orange CD | A | Interest | | | Closed | 06/30/10 | K | | |
| 80. City National | | | | | | | | | |
| 81. - CDs | B | Interest | N | | | | | | |
| 82. - Checking Accts | A | Interest | N | | | | | | |
| 83. Janus Money Market Fund D | A | Int./Div. | N | T | | | | | |
| 84. Wells Fargo Bank | A | Interest | N | T | Open | 06/30/10 | N | | |
| 85. Vanguard 403(B)7 A/C Total Bond Mkt Index Inv | A | Dividend | K | T | Buy | 06/30/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 05/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset #74 CalNational changed its name to US Bank

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Harry Pregerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544